United States District Court
Middle District of Florida
Jacksonville Division

**Gregory Thompson,**

*Plaintiff,*

v.  No. 3:20-cv-1439-MMH-PDB

**Commissioner of Social Security,**

*Defendant.*

---

# Order

The Commissioner cannot timely file a certified transcript required under 42 U.S.C. § 405(g) because of a high volume of pending actions and pandemic-caused disruptions in operations and related limitations. Doc. 12. The Commissioner moves to continue the stay for another ninety days. Doc. 12; *see* Doc. 11 (previous stay order). Gregory Thompson opposes the motion to the extent the Commissioner requests more than a final thirty-day stay. Doc. 12 at 4.

The Commissioner demonstrates good cause. *See* Doc. 12-1 (declaration by the Executive Director for the Office of Appellate Operations for the Social Security Administration). As stated in other actions involving similar motions, the pandemic has caused substantial disruptions in most aspects of life and work, warranting lenity. Even in ordinary times, the Court liberally grants extensions requested by counsel on both sides due to workload demands.

The Court **grants** the motion, Doc. 12, and **stays** the case until September 20, 2021, or until the Commissioner files the answer and transcript, whichever is earlier. The case remains administratively closed.

**Ordered** in Jacksonville, Florida, on July 7, 2021.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*